**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:     Tammy Hoffschildt | Date:  March 17, 2016 |

**CASE NO.   16-cv-00318-RM-CBS**

| | |
|---|---|
| DANIELE LEDONNE,<br><br>         Plaintiff,<br><br>v.<br><br>DR. BEVERLEE MCCLURE and<br>PAUL GROHOWSKI,<br><br>         Defendants. | Kayla Scroggins<br>Mark Silverstein<br>Sara Neel<br>N. Reid Neureiter<br><br><br>Kathleen Spalding<br>Patrick Sayas |

**COURTROOM MINUTES**

**MOTION HEARING – Plaintiff Daniele Ledonne's Motion for a Preliminary Injunction (Doc. 2)**
**COURT IN SESSION**:      **10:01 a.m.**
Court calls case.   Appearances of counsel.

No opening statements.

Discussion held regarding Plaintiff's exhibits.

**ORDERED:**  By stipulation of the parties, Plaintiff's Exhibits 1 through 43 are admitted.

| | |
|---|---|
| 10:05 a.m. | Plaintiff's witness, David Mazel, present by telephone, is sworn, examined by Mr. Neureiter, and questioned by the Court. |
| 10:19 a.m. | Plaintiff's witness, Daniele Ledonne, is sworn and examined by Mr. Neureiter.<br>Exhibits:     1, 2, 4, 5, 6, 40, 9, 10, 14, 11, 15, 16, 17, 20, 22, 23, 38.1, 33, 28, 18, 25, 26, and 27 |
| 11:19 a.m. | Cross-examination of Daniele Ledonne by Mr. Sayas. |

11:26 a.m.    Redirect examination of Daniele Ledonne by Mr. Neureiter.
              Exhibit:   21

11:30 a.m.    Witness is excused.

Plaintiff rests.   Defendant rests.

11:31 a.m.    Closing argument given by Mr. Neureiter.

11:51 a.m.    Closing argument given by Mr. Sayas.

11:58 a.m.    Further closing argument given by Mr. Neureiter.

**Court in recess:    12:04 p.m.**
**Court in session:   1:15 p.m.**

Court's findings.

**ORDERED:** Plaintiff Daniele Ledonne's Motion for a Preliminary Injunction (Doc. 2) is DENIED as stated on the record.

**COURT IN RECESS**:        **1:49 p.m.**
**Total in court time**:    **2:37**
**Hearing concluded**