**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 16-cv-00318-RM-CBS

DANIELE LEDONNE,

    Plaintiff,

v.

DR. BEVERLEE MCCLURE, in her official capacity as
President of Adams State University and in her individual
capacity; and PAUL GROHOWSKI, in his official
capacity as Chief of Adams State Police Department and
in his individual capacity,

    Defendants.

___

**ORDER**
___

    This matter is before the Court *sua sponte* upon the filing of plaintiff's Amended Complaint (ECF No. 35).  The amended complaint violates D.C.Colo. L.Civ.R. 15.1(a), which requires a party seeking to file an amended pleading as a matter of course to "file a separate notice of filing the amended pleading and [ ] attach as an exhibit a copy of the amended pleading which strikes through … the text to be deleted and underlines … the text to be added."  Plaintiff has failed to do this.  The Court will allow plaintiff a final opportunity to comply with Local Rule 15.1(a).  **Plaintiff shall have until April 4, 2016, to comply.**

    Dated this 1st day of April, 2016.

                              BY THE COURT:

                              _____
                              Raymond P. Moore
                              United States District Judge